

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2015

No. 04-15-00004-CV

**IN THE INTEREST OF M.M.**, et al., Children,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00255
Honorable Charles E. Montemayor, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to March 5, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Nicolas A. Lahood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205

James Brian Peplinski
15751 Knollbranch
San Antonio, TX 78247

Mark Evan Braswell
The Law Office Of Mark E. Braswell, P.C.
Colonies North Professional Building
San Antonio, TX 78230-2233